```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 19-05200-HWV
Richard E Luckabaugh                                                Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: AutoDocke            Page 1 of 1              Date Rcvd: Feb 25, 2020
                              Form ID: ntnoshow          Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2020.
db             +Richard E Luckabaugh,    1148 Canadochly Road,    York, PA 17406-8683
5278800        +Bureau of Account Management,    3607 Roasemont Avenue, Suite 502,    PO Box 8875,
                 Camp Hill, PA 17001-8875
5278802        +Commercial Acceptance Company,    2300 Gettysburg Road, Suite 102,    Camp Hill, PA 17011-7303
5278803        +KML Law Group, PC,    C/O Brooke R. Waisbord,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
5278804        +MedCare Susquehanna Valley,    381 Independence Ave, Suite 106,    Mechanicsburg, PA 17055-6105
5278806        +Peerless Credit Services, Inc.,    PO Box 518,    Middletown, PA 17057-0518
5302124        +PennyMac Loan Services, LLC,    P.O. Box 2410,    Moorpark, CA 93020-2410
5278807        +Pennymac Loan Services, LLC,    3043 Townsgate Road,    Suite 200,
                 Westlake Village, CA 91361-3027
5278808        +Per Capita/OPT Tax/ Lower Windsor Twp,    C/O Dawn Fitch,    57 New Bridgeville Rd,
                 Wrightsville, Pa 17368-9093
5278809        +Progressive Preferred Insurance Co,    3950 Hartzdale Drive,    Camp Hill, PA 17011-7828
5278811        +Susquehanna Valley EMS,    126 Keller Ave,    Lancaster, PA 17601-4034
5278812        +UPMC,   Po Box 2353,    Harrisburg, PA 17105-2353

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2020 19:47:04
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5278801        +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 25 2020 19:45:08        CCS,
                 Green Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
5278805        +E-mail/Text: unger@members1st.org Feb 25 2020 19:45:08       Members 1st FCU,   5000 Louise Drive,
                 Mechanicsburg, PA 17055-4899
5279354        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2020 19:47:03       Orion,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5294975        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 25 2020 19:47:06       PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
5278810        +E-mail/PDF: clerical@simmassociates.com Feb 25 2020 19:46:39       SIMM Associates, Inc.,
                 800 Pencader Drive,    Newark, DE 19702-3354
                                                                                               TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PYOD LLC,    Resurgent Capital Services,    PO Box 19008,    GREENVILLE, SC 29602-9008
                                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                                             Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              Michael S Travis    on behalf of Debtor 1 Richard E Luckabaugh Mtravislaw@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4
```

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> MIDDLE DISTRICT OF PENNSYLVANIA ||
| In re: <br><br> Richard E Luckabaugh, <br><br> **Debtor 1** | Chapter 13 <br><br> Case No. 1:19–bk–05200–HWV |

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 failed to appear at the scheduled Section 341 meeting of creditors. **<u>Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1.</u>**

Any debtor opposing dismissal must file an objection with the Court on or before **March 16, 2020** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **March 16, 2020**.

**If no objections are filed by March 16, 2020, an Order will be entered dismissing the bankruptcy case of Debtor 1.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 25, 2020 |

ntnoshow (07/18)