chapter 13
Case No. 1:19-bK-05200-HWV

To whom it may concern,

I Richard E Luckabaugh wish to file an objection to the bankruptcy dismissal.

The reason for the failure to appear is that I have no Identification. I am currently working with the State of Pennsylvania to obtain ID.

Thank You
Richard E Luckabaugh
*/signature/*

FILED
HARRISBURG, PA
2020 MAR 16 PM 2:45
CLERK
U.S. BANKRUPTCY COURT

Case 1:19-bk-05200-HWV  Doc 23  Filed 03/16/20  Entered 03/17/20 12:47:15  Desc
Main Document  Page 1 of 1