# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RICHARD E LUCKABAUGH

      Debtor(s)         CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
      Movant

vs.

RICHARD E LUCKABAUGH        CASE NO: 1-19-05200-HWV

      Respondent(s)

## WITHDRAWAL OF MOTION TO DISMISS CASE

    Charles J. DeHart, III, Standing Chapter 13 Trustee, hereby requests that the Motion filed on February 20, 2020 be withdrawn due to having been filed in error or filed having used incorrect docketing procedure or incorrect information.

                                  RESPECTFULLY SUBMITTED,
                                  s/ Jo Ann Dragas
                                  for Charles J. DeHart, III, Trustee
                                  8125 Adams Drive, Suite A
                                  Hummelstown, PA  17036
                                  Phone:  (717) 566-6097

Dated: April 13, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RICHARD E LUCKABAUGH

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

RICHARD E LUCKABAUGH

CHAPTER 13

CASE NO: 1-19-05200-HWV

Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on April 13, 2020.

MICHAEL S. TRAVIS, ESQUIRE
3904 TRINDLE ROAD
CAMP HILL, PA 17011-

RICHARD E LUCKABAUGH
1148 CANADOCHLY ROAD
YORK, PA 17406

RESPECTFULLY SUBMITTED,

s/ Jo Ann Dragas
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: April 13, 2020