```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 19-05200-HWV
Richard E Luckabaugh                                                Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: AutoDocke          Page 1 of 1              Date Rcvd: May 11, 2020
                              Form ID: ntcnfhrg        Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2020.
db             +Richard E Luckabaugh,    1148 Canadochly Road,    York, PA 17406-8683
5278800        +Bureau of Account Management,    3607 Roasemont Avenue, Suite 502,    PO Box 8875,
                 Camp Hill, PA 17001-8875
5278802        +Commercial Acceptance Company,    2300 Gettysburg Road, Suite 102,    Camp Hill, PA 17011-7303
5278803        +KML Law Group, PC,   C/O Brooke R. Waisbord,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
5278804        +MedCare Susquehanna Valley,    381 Independence Ave, Suite 106,    Mechanicsburg, PA 17055-6105
5278806        +Peerless Credit Services, Inc.,    PO Box 518,    Middletown, PA 17057-0518
5302124        +PennyMac Loan Services, LLC,    P.O. Box 2410,    Moorpark, CA 93020-2410
5278807        +Pennymac Loan Services, LLC,    3043 Townsgate Road,    Suite 200,
                 Westlake Village, CA 91361-3027
5278808        +Per Capita/OPT Tax/ Lower Windsor Twp,    C/O Dawn Fitch,    57 New Bridgeville Rd,
                 Wrightsville, Pa 17368-9093
5278809        +Progressive Preferred Insurance Co,    3950 Hartzdale Drive,    Camp Hill, PA 17011-7828
5278811        +Susquehanna Valley EMS,    126 Keller Ave,    Lancaster, PA 17601-4034
5278812        +UPMC,   Po Box 2353,    Harrisburg, PA 17105-2353

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 11 2020 20:17:12
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5278801        +E-mail/Text: bankruptcy_notifications@ccsusa.com May 11 2020 20:13:31        CCS,
                 Green Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
5278805        +E-mail/Text: unger@members1st.org May 11 2020 20:13:31        Members 1st FCU,    5000 Louise Drive,
                 Mechanicsburg, PA 17055-4899
5279354        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 11 2020 20:17:38        Orion,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5294975        +E-mail/PDF: resurgentbknotifications@resurgent.com May 11 2020 20:16:46        PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
5278810        +E-mail/PDF: clerical@simmassociates.com May 11 2020 20:17:31        SIMM Associates, Inc.,
                 800 Pencader Drive,    Newark, DE 19702-3354
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PYOD LLC,   Resurgent Capital Services,    PO Box 19008,    GREENVILLE, SC 29602-9008
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              Michael S Travis    on behalf of Debtor 1 Richard E Luckabaugh Mtravislaw@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Richard E Luckabaugh,      Chapter     13

**Debtor 1**

Case No.     1:19−bk−05200−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 17, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: June 24, 2020  Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building  228 Walnut St, Rm 320  Harrisburg, PA 17101−1737  (717) 901−2800 | **For the Court:** Terrence S. Miller  Clerk of the Bankruptcy Court:  By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 11, 2020 |

ntcnfhrg (03/18)