IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
Richard Luckabaugh ) CASE NO. 1-19-05200
 )
 Debtor )

## CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT AND PREPETITION TAX RETURN FILING OBLIGATIONS

*If a joint petition is filed, each spouse must complete and file a separate certificate.*

I, Richard Luckabaugh, upon oath or affirmation, hereby certify as follows:

1. The below information is being supplied for compliance with the confirmation hearing set on 7/8/2020 .

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. §1325(a)(8).

3. That all applicable Federal, State and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4. If the confirmation hearing date stated in Paragraph One is adjourned for any reason, that an updated Certification will be filed with the Court prior to any subsequent confirmation hearing date in the event any of the information contained in the Certification changes.

5. If this Certification is being signed by counsel for Debtor(s), that the Debtor(s) was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

6/22/2020  /s/ Michael S. Travis

DATED:_____  BY:_____
 Counsel for Debtor(s)


6/19/2020  /s/ Richard Luckabaugh

DATED:_____  BY:_____
 Debtor, Richard Luckabaugh