**LOCAL BANKRUPTCY FORM 2016-2(c)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 13** |
| **Richard Luckabaugh** | : | |
| | : | **CASE NO. 1-19-05200 HWV** |
| **DEBTOR** | : | |

**AMENDED
REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES**

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R 2016-2(c) | |
| 1. Amount agreed to by Debtor | $4,000.00 |
| 2. Less amount paid to Attorney prior to filing petition | 1,500.00 |
| 3. Balance of compensation to be paid through plan | $2,500.00 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) Court call fees paid | $     48.75 |

| | |
|---|---|
| **B.** Compensation and reimbursement allowed upon application and order under LBR 2016-2(a) <br> 1. Retainer received <br> 2. Compensation earned prepetition and paid to attorney prior to filing petition <br> 3. Expenses reimbursed prepetition <br> 4. Balance in retainer after deduction of prepetition compensation and expenses <br> 5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | |

| | |
|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C § 503(b)(2) in the following amount based on the information above: | $2,548.75 |

```
         6/25/20                    /s/ Michael S. Travis
Dated: _____    _____
                            Michael S. Travis, Attorney for Debtor
```