# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    RICHARD E LUCKABAUGH        CHAPTER 13

        Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant                                  CASE NO:   1-19-05200-HWV

RICHARD E LUCKABAUGH

        Respondent(s)

## **CERTIFICATION OF DEFAULT**

     AND NOW on August 11, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

     As of August 11, 2021, the Debtor(s) is/are $10096.17 in arrears with a plan payment having last been made on May 07, 2021

     In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

                                                      Respectfully Submitted,
                                                      /s/ Bobbie Weigel
                                                      for Jack N. Zaharopoulos, Trustee
                                                      8125 Adams Drive, Suite A
                                                      Hummelstown, PA 17036
                                                      Phone: (717) 566-6097

Dated: August 11, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RICHARD E LUCKABAUGH

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

CASE NO: 1-19-05200-HWV

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 11, 2021, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

| | |
|---|---|
| MICHAEL S. TRAVIS, ESQUIRE<br>3904 TRINDLE ROAD<br>CAMP HILL, PA 17011- | SERVED ELECTRONICALLY |
| RICHARD E LUCKABAUGH<br>1148 CANADOCHLY ROAD<br>YORK, PA 17406 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 11, 2021

Respectfully submitted,
Bobbie Weigel
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com