In re:                                                  Case No. 19-05200-HWV

Richard E Luckabaugh                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                      User: AutoDocke                                        Page 1 of 2

Date Rcvd: Aug 13, 2021                                Form ID: pdf010                                  Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard E Luckabaugh, 1148 Canadochly Road, York, PA 17406-8683 |
| 5278800 | + | Bureau of Account Management, 3607 Roasemont Avenue, Suite 502, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5278802 | + | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5278803 | + | KML Law Group, PC, C/O Brooke R. Waisbord, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5278804 | + | MedCare Susquehanna Valley, 381 Independence Ave, Suite 106, Mechanicsburg, PA 17055-6105 |
| 5278806 | + | Peerless Credit Services, Inc., PO Box 518, Middletown, PA 17057-0518 |
| 5302124 | + | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5278807 | + | Pennymac Loan Services, LLC, 3043 Townsgate Road, Suite 200, Westlake Village, CA 91361-3027 |
| 5278808 | + | Per Capita/OPT Tax/ Lower Windsor Twp, C/O Dawn Fitch, 57 New Bridgeville Rd, Wrightsville, Pa 17368-9093 |
| 5278809 | + | Progressive Preferred Insurance Co, 3950 Hartzdale Drive, Camp Hill, PA 17011-7828 |
| 5278811 | + | Susquehanna Valley EMS, 126 Keller Ave, Lancaster, PA 17601-4034 |
| 5278812 | + | UPMC, Po Box 2353, Harrisburg, PA 17105-2353 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 13 2021 18:56:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5278801 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 13 2021 18:52:00 | CCS, Green Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 5278805 | + | Email/Text: unger@members1st.org | Aug 13 2021 18:52:00 | Members 1st FCU, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5279354 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 13 2021 18:56:11 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5294975 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2021 18:56:09 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5278810 | + | Email/PDF: clerical@simmassociates.com | Aug 13 2021 18:56:04 | SIMM Associates, Inc., 800 Pencader Drive, Newark, DE 19702-3354 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PYOD LLC, Resurgent Capital Services, PO Box 19008, GREENVILLE, SC 29602-9008 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 15, 2021              Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| Michael S Travis | on behalf of Debtor 1 Richard E Luckabaugh travisattorney@protonmail.com |
| Rebecca Ann Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| RICHARD E LUCKABAUGH | |
|---|---|
| | Chapter: 13 |
| Debtor 1 | Case No.: 1-19-05200-HWV |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>vs. Movant(s) | |
| RICHARD E LUCKABAUGH | |
| Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: August 13, 2021

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (CD)